IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CRYSTAL BURNS | § | |
| | § | |
| V. | § | NO. 2:04CV182-TJW |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER

All pending motions are hereby DENIED AS MOOT.  Pursuant to the entry of an Agreed Order of Dismissal With Prejudice on August 29, 2005, this case is closed.

SIGNED this 31st day of August, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE